UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CONLEY G. BISHOP, JR. | ) |
| | ) |
| v. | ) NO. 2:06-CV-31 |
| | ) |
| SULLIVAN COUNTY JAIL | ) |

## **MEMORANDUM**

This is a *pro se* prisoner's civil rights action filed under 42 U.S.C. § 1983. The plaintiff was forewarned, by means of a notice which appeared in the preprinted form complaint he submitted, that he must inform the Court if his address changed within ten (10) days of any such change and that his failure so to do would result in a dismissal of his case. Despite the warning, the United States Postal Authorities have returned a copy of an order entered in this case which was sent to the plaintiff at the address he provided to the Court.

Though more than ten days have passed since the mail was returned, the Court has not received notification of the plaintiff's change of address.

This action, therefore, will be **DISMISSED with prejudice** by separate order for want of prosecution. Rule 41(b), Federal Rules of Civil Procedure.

ENTER:

s/ Leon Jordan
United States District Judge